IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **BONEY** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **Civil Action No. 1:04CV609** |
| § | | |
| **CABLE ONE, INC.** § | | **DEFENDANT** |

## JUDGMENT

THIS CAUSE came on for consideration of the on the Court's own Motion, as well as the Defendant's Motion for Summary Judgment [14], the issues having been duly heard and considered and a decision having been duly rendered in the form of a Memorandum Opinion and Order Dismissing Case For Lack of Jurisdiction, or in the Alternative, Granting Plaintiff's Motion for Summary Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's claims are **DISMISSED** for lack of subject matter jurisdiction pursuant to FED. R. CIV. P. 12(b)(2).

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment [14] pursuant to FED. R. CIV. P. 56 is **GRANTED**.

**SO ORDERED AND ADJUDGED** this the 29th day of March, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE